435 A.2d 645

Commonwealth v. Miller, Appellant.

 Submitted
April 16, 1980. William C. Kaczynski, for appellant; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.